[No. 31437-8-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
JAMES DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 92-1-00391-7, Ronald Castleberry, J.,
entered September 14, 1992. *Affirmed* by unpublished opin-
ion per Coleman, J., concurred in by Pekelis, C.J., and Web-
ster, J.

[No. 31787-3-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
JOHN WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03455-3, Michael J. Fox, J., entered October
27, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31261-8-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
E. BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03044-2, Frank L. Sullivan, J., entered
August 26, 1992. *Dismissed* by unpublished per curiam
opinion.

[No. 32951-1-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN
RAY KELSO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07832-1, James A. Noe, J., entered May 28,
1993. *Granted in part* and *dismissed* by unpublished per
curiam opinion.